IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JASON MITAN INSURANCE TRUST ) <br> JANUARY 2006 and WILMINGTON TRUST ) <br> COMPANY, TRUSTEE ) <br> ) <br> Defendants. ) | C.A. No. _____ |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff PHL Variable Insurance Company hereby states as follows:

PHL Variable Insurance Company is a wholly owned subsidiary of PM Holdings, Inc., a Connecticut corporation. PM Holdings, Inc. is a wholly owned subsidiary of Phoenix Life Insurance Company. Phoenix Life Insurance Company is a wholly owned subsidiary of The Phoenix Companies, Inc., whose stock is publicly traded.

No parent corporation or publicly held corporation owns 10% or more of The Phoenix Companies, Inc.'s stock.

                                  ASHBY & GEDDES

                                  */s/ Richard D. Heins*
                                  _____
                                  Richard D. Heins (I.D. #3000)
                                  Tiffany Geyer Lydon (I.D. #3950)
                                  500 Delaware Avenue, 8th Floor
                                  P.O. Box 1150
                                  Wilmington, DE 19899
                                  302-654-1888
                                  rheins@ashby-geddes.com
                                  tlydon@ashby-geddes.com

                                  *Attorneys for Plaintiff PHL Variable Insurance Company*

*Of Counsel:*

David T. McDowell
BRACEWELL & GIULIANI LLP
South Tower Pennzoil Place
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300

Dated: January 23, 2008
187453.1

- 2 -