⁂AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____   District of   _____Delaware_____

PHL VARIABLE INSURANCE COMPANY,

      Plaintiff,

V.

JASON MITAN INSURANCE TRUST JANUARY 2006 and
WILMINGTON TRUST COMPANY, TRUSTEE,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-46

TO: (Name and address of Defendant)

    Jason Mitan Insurance Trust January 2006
c/o Wilmington Trust Company, Trustee
    Corporate Trust Administration
    1100 North Market Street
    Wilmington, DE  19890-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Richard D. Heins
    ASHBY & GEDDES
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                     1/23/08
_____                _____
CLERK                                                              DATE

_(signature)_
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | **DATE** January 23, 2008 |
| **NAME OF SERVER** *(PRINT)* John D. Ritter | **TITLE** Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served Jason Mitan Insurance Trust January 2006 by serving Wilmington Trust Company, Trustee, at the address indicated on the front of this summons.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 23, 2008      [signature]
                 Date                Signature of Server

Address of Server

Parcels, Inc.
230 N. Market Street
Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.