**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-46 |
| v. ) | |
| ) | |
| JASON MITAN INSURANCE TRUST ) | |
| JANUARY 2006 and WILMINGTON TRUST ) | |
| COMPANY, TRUSTEE ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David T. McDowell, Thomas F.A. Hetherington and Jarrett E. Ganer of Bracewell & Giuliani LLP to represent plaintiff, PHL Variable Insurance Company, in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $75.00 is included to cover the annual fees for the attorneys listed above.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Richard D. Heins (I.D. #3000)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
rheins@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff PHL Variable Insurance Company*

Dated: January 25, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
David T. McDowell
Texas State Bar No. 00791222
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: 713.221.1536

Dated: January 25, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *[signature]*

Thomas F. A. Hetherington
Texas State Bar No. 24007359
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: 713.221.1513

Dated: January 25th, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Jarrett E. Ganer
Texas State Bar No. 24055520
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: 713.221.1577

Dated: January 25, 2008

HOUSTON\2150961.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>) C.A. No. _____<br>v. )<br>)<br>JASON MITAN INSURANCE TRUST )<br>JANUARY 2006 and WILMINGTON TRUST )<br>COMPANY, TRUSTEE )<br>)<br>Defendants. ) | |

## ORDER

This ____ day of _____, 2008, the Court having considered the motion for the admissions *pro hac vice* of David T. McDowell, Thomas F.A. Hetherington and Jarrett E. Ganer of Bracewell & Giuliani LLP to represent plaintiff, PHL Variable Insurance Company, in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge