**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY, Plaintiff v. JASON MITAN INSURANCE TRUST JANUARY 2006 and WILMINGTON TRUST COMPANY, TRUSTEE Defendants. | C.A. NO.:  08-46-GMS |

**STIPULATION EXTENDING DEFENDANTS' TIME TO FILE RESPONSIVE
PLEADINGS**

**IT IS HEREBY STIPULATED AND AGREED** between the parties hereto, by their

undersigned counsel, that:

WHEREAS, counsel for the Defendants respectfully request additional time to consider

how they will respond to the Complaint in the above action, and to consult with the Defendants

as to their proposed course of action; and

WHEREAS, there have been no prior requests to extend this answer deadline;

NOW, THEREFORE, IT IS RESOLVED, SUBJECT TO THE APPROVAL OF THE

COURT that, the time for Defendants to file pleadings responsive to the Plaintiff's Complaint for

Declaratory Judgment ("Complaint") is extended by twenty (20) days, to and including March 3,

2008.

*[Signatures on Following Page]*

1

SL1 794313v1/000000.00000

2

By: _/s/ Tiffany Geyer Lydon_____
Richard D. Heins (#3000)
Tiffany Geyer Lydon (#3950)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888 (Telephone)
(302) 654-2067 (Facsimile)
rheins@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff PHL Variable Insurance
Company*

*Of Counsel:*

David T. McDowell
Thomas F.A. Heatherington
Jarrett E. Ganer
BRACEWELL & GIULIANI LLP
South Tower Pennzoil Place
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 (Telephone)
(713) 221-1212 (Facsimile)

By: _/s/ Joseph Grey_____
Joseph Grey (#2358)
STEVENS & LEE, P.C.
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
(302) 654-6180 (Telephone)
(302) 654-5181 (Facsimile)
jg@stevenslee.com

*Attorneys for Defendants Jason Mitan Insurance
Trust January 2006 and Wilmington Trust
Company, As Trustee*

*Of Counsel:*

Brian P. Brooks
Kyra A. Grundeman
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (Telephone)
(202) 383-5414 (Facsimile)

Dated:  February ____, 2008

SO ORDERED: _____
                        Gregory M. Sleet, Chief Judge

SL1 794313v1/000000.00000