IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>JASON MITAN INSURANCE TRUST JANUARY 2006 and WILMINGTON TRUST COMPANY, TRUSTEE<br><br>Defendants. | C.A. NO.: 08-46-GMS |

### DEFENDANT'S DISCLOSURE STATEMENT

Defendants Jason Mitan Insurance Trust January 2006 ("Mitan Trust") and Wilmington Trust Company, Trustee ("Wilmington Trust"), by and through their undersigned attorneys, certify pursuant to Fed. R. Civ. P. 7.1 as follows:

1. Mitan Trust has no parent corporation. The settlor of the Mitan Trust is Jason Mitan.

2. Wilmington Trust is a Delaware chartered bank with trust powers. Wilmington Trust is a wholly-owned subsidiary of a Wilmington Trust Corporation, a publicly traded company listed on the New York Stock Exchange.

Dated: February 22, 2008

*[Signature On Following Page]*

Dated: February 22, 2008

STEVENS & LEE, P.C.

By: /s/ Joseph Grey
Joseph Grey (#2358)
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
(302) 654-6180 (Telephone)
(302) 654-5181 (Facsimile)
jg@stevenslee.com

and

Brian P. Brooks
Kyra A. Grundeman
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (Telephone)
(202) 383-5414 (Facsimile)

*Attorneys for the Alan Wollman Insurance Trust, Alan Wollman And Family, December 2005, and Wilmington Trust Company as Trustee*

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 22nd day of February, 2008, I caused true and correct copies of the foregoing Disclosure Statement to be served by first class United States mail, postage prepaid, upon counsel for the Plaintiff at the following addresses:

>Richard D. Heins (#3000)
>Tiffany Geyer Lydon (#3950)
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>P.O. Box 1150
>Wilmington, DE 19899

>and

>David T. McDowell
>Thomas F.A. Heatherington
>Jarrett E. Ganer
>BRACEWELL & GIULIANI LLP
>South Tower Pennzoil Place
>711 Louisiana, Suite 2300
>Houston, Texas 77002

_____
Joseph Grey

SL1 797255v1/000000.00000